

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2014

No. 04-14-00120-CV

**IN THE INTEREST OF R.A.G.C., ET AL., CHILDREN,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-00860
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

Pursuant to the parties' "Joint Motion to Abate Appeal Pending Mediation and Suspend All Deadlines," we ordered the appeal abated until July 7, 2014. We instructed appellant to file a motion to dismiss the appeal due to settlement, or if a settlement was not reached, a motion to reinstate the appeal after the July 7, 2014 deadline. *See* TEX. R. APP. P. 42.1(a). On July 21, 2014, appellant filed a "Status Report on Abated Case" informing the Court that the parties reached a settlement agreement on June 19, 2014. The parties had not yet been able to enter the subject order, but anticipated filing a joint motion to dismiss as soon as practicable. On September 3, 2014, appellant filed a second "Status Report on Abated Case" in which she repeated the same information as above.

The appeal is REINSTATED on this Court's docket. Appellant is ORDERED to file either a motion to dismiss the appeal or an updated status report no later than September 22, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court